Tom Dutton, Esquire
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:06-CV-07393<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Myrtle Vandiver,<br>        Plaintiff,<br>vs.<br>Pfizer, Inc., et al.<br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MYRTLE VANDIVER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 5/7, 2009 | By: _____ |
| 2 | | Tom Dutton |
| | | PITTMAN, DUTTON, KIRBY & HELLUMS, P.C. |
| 3 | | 2001 Park Place North, Suite 1100 |
| | | Birmingham, AL 35203 |
| 4 | | Telephone: (205) 322-8880 |
| | | Facsimile: (205) 328-2711 |
| 5 | | |
| 6 | | Attorney for Plaintiff |
| 7 | DATED: Sept. 28, 2009 | By: _____ |
| 8 | | |
| 9 | | DLA PIPER LLP (US) |
| | | 1251 Avenue of the Americas |
| 10 | | New York, NY 10020 |
| | | Telephone: (212) 335-4500 |
| 11 | | Facsimile: (212) 335-4501 |
| | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**